NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**HOFFMANN-LA ROCHE INC.,**
*Plaintiff-Appellant,*

v.

**TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES LTD.,**
*Defendants-Appellees.*

---

2012-1131

---

Appeal from the United States District Court for the District of New Jersey in case no. 09-CV-5283, Judge Esther Salas.

---

ON MOTION

---

## ORDER

Upon review of Hoffman-LaRoche Inc.'s notice to this court, filed October 19, 2012, regarding a ruling from the district court issued in response to this court's limited remand,

IT IS ORDERED THAT:

(1) The stay is lifted. Because briefing is complete, this case can be placed on the next calendar for oral argument, in due course.

(2) A copy of the notice will be transmitted to the merits panel assigned to this case.

FOR THE COURT

**DEC 2 8 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Brian D. Coggio, Esq.
    Jeffer Ali, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2012

JAN HORBALY
CLERK